**CLOSED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OSMAN ALTAY AND ALPA TEKELANI, | Civil Action No.: 06-2330 (JLL) |
| Plaintiffs, | |
| v. | |
| MYRNA B. TAGAYUN, M.D., | **O R D E R** |
| Defendant. | |

This Court had referred Plaintiff's motion [CM/ECF Docket Entry #2] to remand the instant action to the Superior Court of New Jersey, Law Division, Special Civil Part, Passaic County, to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). Having reviewed *de novo* the Report and Recommendation of October 12, 2006, and having considered Defendant's objections to the Report, this Court concludes that the action should be remanded to the Superior Court of New Jersey, Law Division, Special Civil Part, Passaic County, as there was a procedural defect in the Defendant's removal. The attached Report and Recommendation of the United States Magistrate Judge is adopted and incorporated as the Opinion of this Court.

**IT IS** on this 13th day of November, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi, filed on October 12, 2006, recommending that this civil action be remanded, is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Civil Action No. 06-2330 is hereby remanded to the Superior Court of New Jersey, Law Division, Special Civil Part, Passaic County.

This case is **CLOSED**.

DATED: November 13, 2006

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE

2